Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 01 2015

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. B-15-1054 |
| JONATHAN ALEJANDRO URIBE | § | |

### SEALED INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(Distribution of Child Pornography)

Between on or about July 18, 2015 – October 20, 2015, in the Southern District of Texas and elsewhere, Defendant,

**JONATHAN ALEJANDRO URIBE,**

did knowingly distribute child pornography of children under the age of twelve, using any means or facility of interstate or foreign commerce, or that had been shipped or transported in or affecting interstate or foreign commerce, by any means, including by computer, more specifically, the defendant distributed images and videos of child pornography using a KiK messenger account with the user name: thefactofthemattersmellypanties.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).

### COUNT TWO
(Receipt of Child Pornography)

Between on or about July 18, 2015 – October 20, 2015, in the Southern District of Texas and elsewhere, Defendant,

**JONATHAN ALEJANDRO URIBE,**

did knowingly receive material that contained child pornography of children under the age of twelve by using any means and facility of interstate and foreign commerce, more

specifically, the defendant received images and videos containing child pornography through a Kik Messenger account, to wit: thefactofthemattersmellypanties.

In violation of Title 18, United States Code, Section 2252A(a)(2)(B) and Section 2252A(b)(1).

## COUNT THREE
### (Possession of Child Pornography)

Between on or about July 18, 2015 – October 20, 2015, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

### JONATHAN ALEJANDRO URIBE,

did knowingly possess material that contained images of child pornography of children, that is, visual depictions of sexually explicit conduct, the production of which involved the use of a minor who had not obtained twelve years of age engaging in sexually explicit conduct, and such child pornography had been shipped or transported using any means or facility of interstate and foreign commerce, or in and affecting interstate and foreign commerce, or was produced using materials which had been mailed, shipped or transported in or affecting interstate and foreign commerce, by any means, including by computer and smartphone.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2252A(b)(2) and 2256(8)(A).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_(signature)_
Holly A. D'Andrea
Assistant United States Attorney